# EXHIBIT 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL FRITZE,

    Plaintiff,

-vs-

NEXSTAR BROADCASTING, INC. and
NEXSTAR MEDIA GROUP, INC. (d/b/a
WLNS).

    Defendants.

Hon. _____
Civil Action No. _____

Removed from:
Ingham County Circuit Court
Case No. 18-531-CD
Visiting Judge

---

Michael R. Behan (P45121)
SCHRAM, BEHAN & BEHAN
*Attorneys for Plaintiff*
4127 Okemos Rd., Ste 3
Okemos, MI 48864
(517)347-3500

Maurice G. Jenkins (P33083)
Kristyn R. Mattern (P77548)
JACKSON LEWIS P.C.
*Attorneys for Defendants*
2000 Town Center, Suite 1650
Southfield, MI 48075
248-936-1900
jenkinsm@jacksonlewis.com
kristyn.mattern@jacksonlewis.com

---

## DECLARATION OF TIMOTHY C. BUSCH

I, Timothy C. Busch first being duly sworn on oath, submit this Declaration in support of Defendants' Notice of Removal. I have personal knowledge of the matters set forth herein, and am competent to testify with respect to each if called upon to do so. Based upon my personal knowledge of the facts contained in this Declaration and a review of the records related to the above-captioned action, I state the following:

    1.    I am currently employed by Nexstar Broadcasting, Inc. ("Nexstar Broadcasting" or "the Company") as its President. I have held this position since January 8, 2017.

    2.    As President, I have access to the Company's internal business records. In this

capacity, I am familiar with Nexstar Broadcasting's corporate status and entity relationships.

3. After reviewing the Company's records, I confirmed that Plaintiff Cheryl Fritze was employed by Nexstar Broadcasting from December 16, 2013 to May 14, 2018. Her most recent title was Assignments Editor. At all times during her employment with Nexstar Broadcasting, Ms. Fritze worked in Lansing, Michigan. The personal addresses that Ms. Fritze provided to Nexstar Broadcasting were located in Michigan.

4. Nexstar Broadcasting was and is a Delaware corporation with its principal place of business in Irving, Texas. This information is available to the public on the Michigan Department of Licensing and Regulatory Affairs website.

5. During her time at Nexstar Broadcasting, Ms. Fritze's employer was Nexstar Broadcasting.

6. At the time of her termination, Ms. Fritze earned a salary of $43,617.60 per year.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

____11-20-18____  
DATE

_____  
TIMOTHY C. BUSCH

4824-9286-8218,

*Declaration of Timothy*